1110094

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JAN 11 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

VANHHATDY SOUVAUNAXAB

**WARRANT FOR ARREST**

CASE NUMBER: CR06-05-02S

SCANNED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VANHHATDY SOUVAUNAXAB
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession of a Destructive Device
Use of Explosives

in violation of Title 26;18 United States Code, Section(s) 5861(d);844(i)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

January 11, 2006, Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 1-11-06 | NAME AND TITLE OF ARRESTING OFFICER Michael Payne S/A Michael Payne | SIGNATURE OF ARRESTING OFFICER Michael Payne |
| DATE OF ARREST 1-11-06 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.