UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-05S |
| | ) | |
| BOBBY SOUNDARA | ) | |
| VANHHATDY SOUVAUNAXAB | ) | |

# JOINT MOTION FOR CONTINUANCE

Now come the defendants, Bobby Soundara and Vanhhatdy Souvaunaxab, by and through their counsel, and moves this Honorable Court to continue all proceedings this matter.

The trial of this matter is currently scheduled for jury empanelment on April 4, 2006, and trial thereafter. The defendants are requesting that this matter be continued for an additional thirty (30) days. In support of this motion, defendants state that they need additional time for a complete and thorough review of discovery (including over 500 pages of interviews), allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial. Also, counsel needs additional time to negotiate a potential resolution short of trial. Lastly, Mr. Soundara and his family are also attempting to hire private counsel in this matter.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendants in a speedy trial.

Vanhhatdy Souvanaunaxab, through his attorney, William Dimitri, joins in this requested continuance.

Counsel for the Government, Richard Rose, Assistant United States Attorney, has no objection to the granting of this motion and is also active in negotiations with defense counsel as well as his own investigation.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Bobby Soundara
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, and mailed to William Dimitri, Esquire, 462 Broadway, Providence, RI 02909 on March 14, 2006.