UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
-vs- : CR No.: 06-05S
:
ROBERT SOUNDARA and :
VANHHATDY SOUVAUNAXAB :

**MOTION FOR CONTINUANCE**

NOW COME the defendants, Vanhhatdy Souvaunaxab and Robert Soundara and with the assent of the United States Attorney, move that the instant matter be continued to the June trial calendar and that all other scheduling "deadlines" be continued accordingly.

In support of this motion and as stated in court on April 11, 2006, counsel for the defendant, Robert Soundara, has just recently entered his appearance and the parties must review voluminous discovery before a final determination is made by the defendants relative to their potential pleas in this matter.

VANHHATDY SOUVAUNAXAB
By his attorney,

WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Motion For Continuance was mailed on the 17th day of April, 2006, to: Richard Rose, AUSA, 50 Kenney Plaza, 8th Floor, Providence, RI 02903 and Robert Craven, Esq., 50 Park Row, Providence, RI 02903.